AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RITA PATEL

V.

OM GAYATRI, INC., SHREE KALI, INC., ASHWIN PATEL, SUNNY PATEL, KARTHIK PATEL, and ASHOK PANDYA

CASE NUMBER: 19 CV 103

ASSIGNED JUDGE: Coleman

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

ASHWIN PATEL
2672 N. River Road
River Grove, IL 60171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mendoza Law, P.C.
120 S. State Street, Suite 400
Chicago, IL 60603
(312) 508-6010
paul@alexmendozalaw.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



February 12, 2019
_____
DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>March 7, 2019 at 11:20 AM |
| NAME OF SERVER *(PRINT)*<br>William G. Sheehan | TITLE<br>Licensed Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: by personally handing the service documents to Ashwin Patel at his business address located at 1004 West Irving Park Road. Bensenville, Illinois 6106

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 9, 2019___     *[Signature]*
            Date                     *Signature of Server*

1450 East Joliet Street, Suite 201, Crown Point, Indiana 46307
*Address of Server*

In addition to the Summons in a Civil Case and Complaint the Defendant was also handed Notice of Mandatory Initial Discovery; Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project and Exhibit A. Service was initially attempted at the address listed on this Summons, which was found to be the Defendant's business address; however, the only time that the Defendant is known to be at this address is when a franchise meeting is called.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.